# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., et al., | CASE NO. CV11-01524-AHM (AGRx) |
| Plaintiff(s), | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. | |
| KB EYEWEAR INTERNATIONAL, INC., et al., | |
| Defendant(s). | |

The Court having been advised by the parties that the above-entitled action has been settled and that they have finalized a written settlement agreement;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: August 17, 2012

**JS-6**

_____
A. Howard Matz
United States District Court Judge