1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 11 | COACH, INC., et al., ) | CASE NO. CV11-01524-AHM (AGRx) |
| 12 | Plaintiff(s), ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| 13 | v. ) | |
| 14 | KB EYEWEAR INTERNATIONAL, ) INC., et al., ) | |
| 15 | ) | |
| 16 | Defendant(s). ) | |
| 17 | _____) | |

18      The Court having been advised by the parties that the above-entitled action

19 has been settled and that they have finalized a written settlement agreement;

20      IT IS THEREFORE ORDERED that this action is dismissed without

21 prejudice to the right, upon good cause shown within 30 days, to request a status

22 conference be scheduled if settlement is not consummated.

23

24      IT IS SO ORDERED.

25 Date: August 17, 2012            _____

A. Howard Matz

26 **JS-6**                         United States District Court Judge

27

28